UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 25-CR-377 |
| : | |
| JAHARI SHUJAA GARRETT, : | |
| : | **FILED** |
| Defendant. : | DEC 10 2025 |
| : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**STATEMENT OF OFFENSE**

I. **Summary of the Plea Agreement**

Defendant Jahari Shujaa Garrett agrees to plead guilty to Count One of an Information charging him with fleeing from a law enforcement officer in a motor vehicle, in violation of D.C. Code § 50-2201.05b(b)(1).

The Government will request that the Court dismiss the Complaint at the time of sentencing.

II. **Elements of the Offense**

To convicted Garrett on Count One, the government would have to prove each of the following elements beyond a reasonable doubt:

1. The defendant was operating a motor vehicle;
2. A law enforcement officer signaled him to bring the motor vehicle to a stop;
3. After the signal from the law enforcement officer, the defendant failed or refused to bring the motor vehicle to an immediate stop, fled, or attempted to elude the law enforcement officer; and
4. The defendant did so voluntarily, on purpose, and not by mistake or accident.

III. **Penalties**

The potential penalties for a conviction on Count One are:

1. a term of imprisonment of not more than 180 days;

2. a fine not to exceed $1,000; and

3. a special assessment of $10.

### IV. Statement of the Facts

Had this case proceeded to trial, the government's evidence would have established the following beyond a reasonable doubt:

On September 10, 2025, federal law enforcement officers were patrolling in northeast Washington, D.C. They drove unmarked police cruisers equipped with emergency lights and sirens, and they wore plainclothes with vests prominently displaying law enforcement identifiers such as "POLICE," "FBI," and "US MARSHAL."

Around 2:00 p.m., the law enforcement officers spotted a black Honda Accord near the intersection of Bladensburg Road NE and Maryland Avenue NE in Washington, D.C. Defendant Jahari Shujaa Garrett was driving the Accord. The officers signaled for Garrett to bring the Honda Accord to a stop using their lights and sirens.

After the officers' signal, Garrett intentionally failed and refused to bring the motor vehicle to an immediate stop, fled, and attempted to elude the officers. The law enforcement officers pursued Garrett. Garrett then led law enforcement on a car chase that lasted over ten minutes.

The above proffer of evidence is not intended to constitute a complete statement of all the facts related to the offense conduct. It is intended only to provide enough information for the Court to find a factual basis for accepting the defendant's guilty plea.

Respectfully submitted,

/s/ Blake J. Ellison
Blake J. Ellison
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this statement of offense, and I have discussed it fully with my attorney, Melissa Jackson. I fully understand this statement of offense, and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this statement of offense fully.

Date: 12/2/25

Jahari Shujaa Garrett
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page of the government's statement of offense related to my client's guilty plea. I have reviewed the entire statement of offense with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this statement of offense.

Date: 12/2/25

Melissa Jackson
Attorney for Defendant